# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 11/30/2020 |
| Case: 20–05793–MM7 | Form ID: zoom341 | Total: 17 |

**Recipients of Notice of Electronic Filing:**
```
ust         United States Trustee        ustp.region15@usdoj.gov
tr          James L. Kennedy             jim@jlkennedy.com
aty         William P. Fennell           william.fennell@fennelllaw.com
```
                                                                                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Mahin Mazheri         1210 Pine Drive        El Cajon, CA 92020
smg         United States Trustee        Office of the U.S. Trustee        880 Front Street        Suite 3230        San Diego, CA 92101
smg         Employment Develop. Dept., State of CA        Bankruptcy Unit – MIC 92E        P.O. Box 826880        Sacramento, CA 94280
smg         Div. of Labor Standards Enforcement        7575 Metropolitan Drive, Suite 210        San Diego, CA 92108
smg         California Department of Tax and Fee Administration        Account Information Group, MIC:29        P.O. Box 942879        Sacramento, CA 94279–0029
smg         Franchise Tax Board        Attn: Bankruptcy        P.O. Box 2952        Sacramento, CA 95812–2952
14822454    Capital One        P.O. Box 30253        1680 Captial One Drive        Salt Lake City, UT 84130
14822455    Citi Bank/Citi Cards        PO Box 78045        Phoenix, AZ 85062–8045
14822456    Credit One Bank        PO Box 60500        City of Industry, CA 91716–0500
14822457    Discover Bank        P.O. Box 15316        Attn: CMS        Wilmington, DE 19850
14822458    Mission Federal Credit Union        5785 Oberlin DR MS60        San Diego, CA 92121
14822459    Navient        P.O. Box 9500        Wilkes Barre, PA 18773
14822460    Navy Federal        PO Box 3501        Merrifield, VA 22119
14822461    Nissan Motor Acceptance Corp        P.O. Box 740849        Cincinnati, OH 45274–0849
```
                                                                                        TOTAL: 14