# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 11/30/2020 |
| Case: 20–05793–MM7 | Form ID: 309A | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Mahin Mazheri | 1210 Pine Drive    El Cajon, CA 92020 |
| ust | United States Trustee | Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101 |
| tr | James L. Kennedy | James L. Kennedy, Trustee    P.O. Box 28459    San Diego, CA 92198–0459 |
| aty | William P. Fennell | Law Office of William P. Fennell, APLC    600 West Broadway, Suite 930    San Diego, CA 92101 |
| smg | United States Trustee | Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101 |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E    P.O. Box 826880    Sacramento, CA 94280 |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210    San Diego, CA 92108 |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29    P.O. Box 942879    Sacramento, CA 94279–0029 |
| smg | Franchise Tax Board | Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812–2952 |
| 14822454 | Capital One | P.O. Box 30253    1680 Captial One Drive    Salt Lake City, UT 84130 |
| 14822455 | Citi Bank/Citi Cards | PO Box 78045    Phoenix, AZ 85062–8045 |
| 14822456 | Credit One Bank | PO Box 60500    City of Industry, CA 91716–0500 |
| 14822457 | Discover Bank | P.O. Box 15316    Attn: CMS    Wilmington, DE 19850 |
| 14822458 | Mission Federal Credit Union | 5785 Oberlin DR MS60    San Diego, CA 92121 |
| 14822459 | Navient | P.O. Box 9500    Wilkes Barre, PA 18773 |
| 14822460 | Navy Federal | PO Box 3501    Merrifield, VA 22119 |
| 14822461 | Nissan Motor Acceptance Corp | P.O. Box 740849    Cincinnati, OH 45274–0849 |

TOTAL: 17