zoom341 [06/30/20]

# OFFICE OF THE UNITED STATES TRUSTEE'S

# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

Because of the ongoing issues with the COVID–19 virus, §341 Meetings of Creditors ("Meeting"), will continue to be conducted remotely using either Teleconference or Zoom video/audio conference platforms.

<u>Meetings Noticed for Teleconference</u>

(1) You must use a touch–tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one case will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch–tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

<u>Meetings Noticed for Zoom video/ audio</u>

(1) You may use a computer, lap–top, tablet, smart phone, or landline to participate.

(2) <u>Video preferred.</u>. The video meeting can be joined using any device that has a camera. If no camera is available, the meeting can be joined by audio only using a cell phone or landline.

(3) To join the video meeting, visit Zoom.us and click Join Meeting, enter the Meeting ID Number and Passcode when prompted.

(4) To join the Meeting using audio only, dial the call–in number and enter the Meeting ID Number and Passcode when prompted.

(5) Upon joining the Meeting, you will be in a virtual waiting room. Please be patient. The Trustee will admit you to the Meeting room at the appropriate time. Please check your video and audio connections while in the waiting room.

(6) When your Meeting is finished, you may leave the Meeting room.

<u>Bankruptcy Documents:</u>

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

<u>No Recording:</u>

The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited.

zoom341