# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 12/1/2020
Case: 20–05793–MM7     Form ID: zoom341     Total: 17

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | James L. Kennedy | jim@jlkennedy.com |
| aty | William P. Fennell | william.fennell@fennelllaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Mahin Mazaheri | 1210 Pine Drive     El Cajon, CA 92020 |
| smg | United States Trustee | Office of the U.S. Trustee     880 Front Street     Suite 3230     San Diego, CA 92101 |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E     P.O. Box 826880     Sacramento, CA 94280 |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210     San Diego, CA 92108 |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29     P.O. Box 942879     Sacramento, CA 94279–0029 |
| smg | Franchise Tax Board | Attn: Bankruptcy     P.O. Box 2952     Sacramento, CA 95812–2952 |
| 14822454 | Capital One | P.O. Box 30253     1680 Captial One Drive     Salt Lake City, UT 84130 |
| 14822455 | Citi Bank/Citi Cards | PO Box 78045     Phoenix, AZ 85062–8045 |
| 14822456 | Credit One Bank | PO Box 60500     City of Industry, CA 91716–0500 |
| 14822457 | Discover Bank | P.O. Box 15316     Attn: CMS     Wilmington, DE 19850 |
| 14822458 | Mission Federal Credit Union | 5785 Oberlin DR MS60     San Diego, CA 92121 |
| 14822459 | Navient | P.O. Box 9500     Wilkes Barre, PA 18773 |
| 14822460 | Navy Federal | PO Box 3501     Merrifield, VA 22119 |
| 14822461 | Nissan Motor Acceptance Corp | P.O. Box 740849     Cincinnati, OH 45274–0849 |

TOTAL: 14