zoom341 [06/30/20]

# OFFICE OF THE UNITED STATES TRUSTEE'S

# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

Because of the ongoing issues with the COVID−19 virus, §341 Meetings of Creditors ("Meeting"), will continue to be conducted remotely using either Teleconference or Zoom video/audio conference platforms.

Meetings Noticed for Teleconference

(1) You must use a touch−tone phone to participate.

(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one case will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

Meetings Noticed for Zoom video/ audio

(1) You may use a computer, lap−top, tablet, smart phone, or landline to participate.

(2) Video preferred.. The video meeting can be joined using any device that has a camera. If no camera is available, the meeting can be joined by audio only using a cell phone or landline.

(3) To join the video meeting, visit Zoom.us and click Join Meeting, enter the Meeting ID Number and Passcode when prompted.

(4) To join the Meeting using audio only, dial the call−in number and enter the Meeting ID Number and Passcode when prompted.

(5) Upon joining the Meeting, you will be in a virtual waiting room. Please be patient. The Trustee will admit you to the Meeting room at the appropriate time. Please check your video and audio connections while in the waiting room.

(6) When your Meeting is finished, you may leave the Meeting room.

Bankruptcy Documents:

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

No Recording:

The Meetings will be recorded by the trustee or United States Trustee. Any other recordings are prohibited.

zoom341

United States Bankruptcy Court
Southern District of California

In re:  Case No. 20-05793-MM
Mahin Mazheri  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2020 | Form ID: zoom341 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mahin Mazheri, 1210 Pine Drive, El Cajon, CA 92020-7251 |
| smg | + | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| 14822455 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citi Bank/Citi Cards, PO Box 78045, Phoenix, AZ 85062-8045 |
| 14822461 | | Nissan Motor Acceptance Corp, P.O. Box 740849, Cincinnati, OH 45274-0849 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: USCBNotices@cdtfa.ca.gov | Dec 01 2020 02:22:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | + | Email/Text: itcdbg@edd.ca.gov | Dec 01 2020 02:22:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 01 2020 02:22:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Dec 01 2020 02:21:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14822454 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 01 2020 02:41:06 | Capital One, P.O. Box 30253, 1680 Captial One Drive, Salt Lake City, UT 84130-0253 |
| 14822456 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 01 2020 02:39:23 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14822457 | | Email/Text: mrdiscen@discover.com | Dec 01 2020 02:21:00 | Discover Bank, P.O. Box 15316, Attn: CMS, Wilmington, DE 19850 |
| 14822458 | + | Email/Text: lossmitigation@missionfed.com | Dec 01 2020 02:22:00 | Mission Federal Credit Union, 5785 Oberlin DR MS60, San Diego, CA 92121-3751 |
| 14822459 | + | Email/PDF: pa_dc_claims@navient.com | Dec 01 2020 02:39:24 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14822460 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 01 2020 02:22:35 | Navy Federal, PO Box 3501, Merrifield, VA 22119-3501 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 30, 2020 | Form ID: zoom341 | Total Noticed: 14 |

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James L. Kennedy | jim@jlkennedy.com  jlk@trustesolutions.net |
| United States Trustee | ustp.region15@usdoj.gov |
| William P. Fennell | on behalf of Debtor Mahin Mazheri william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com |

TOTAL: 3