finmgt 12/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Mahin Mazaheri**
 1210 Pine Drive
El Cajon, CA 92020
xxx–xx–1597
*Debtor alias(es):*  Mahin Mazaheri Kalahroudi

Case number: 20–05793–MM7
Chapter: 7
Judge  Margaret M. Mann

## NOTICE OF REQUIREMENT TO CERTIFY

## COMPLETION OF A COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. §727). Pursuant to FRBP 1007(b)(7), the debtor(s) must complete and file *Debtor's Certification About Personal Financial Management Course (Official Form 423) and Certificate of Debtor(s) Education*.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that *Official Form 423 Debtor's Certification About Personal Financial Management Course*, must be accompanied by the *Certificate of Debtor(s) Education* and filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the Debtor(s) must file Official Form 423 and Certificate of Debtor(s) Education by 3/1/21. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423 and Certificate of Debtor(s) Education, the Debtor(s) must pay the full reopening fee due for filing the motion.

This requirement can be completed at any time before the deadline and it is highly recommended that the debtor(s) complete this requirement as soon as possible to avoid missing the deadline. The Certificate of Debtor(s) Education should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Certificate of Debtor(s) Education and Official Form 423 are a separate filing requirement.

Dated:  1/15/21

Michael Williams
Clerk of the Bankruptcy Court