# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: admin | Date Created: 01/15/2021 |
| Case: 20–05793–MM7 | Form ID: finmgt | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      ustp.region15@usdoj.gov
tr      James L. Kennedy      jim@jlkennedy.com
aty      William P. Fennell      william.fennell@fennelllaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mahin Mazaheri      1210 Pine Drive      El Cajon, CA 92020

TOTAL: 1