finmgt 12/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Mahin Mazaheri**
 1210 Pine Drive
El Cajon, CA 92020
xxx−xx−1597
*Debtor alias(es):* Mahin Mazaheri Kalahroudi

Case number: 20−05793−MM7
Chapter: 7
Judge Margaret M. Mann

## NOTICE OF REQUIREMENT TO CERTIFY

## COMPLETION OF A COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. §727). Pursuant to FRBP 1007(b)(7), the debtor(s) must complete and file *Debtor's Certification About Personal Financial Management Course (Official Form 423) and Certificate of Debtor(s) Education*.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that *Official Form 423 Debtor's Certification About Personal Financial Management Course*, must be accompanied by the *Certificate of Debtor(s) Education* and filed before a discharge can be entered. Debtor(s) and/or debtor(s) attorney is/are hereby notified that the Debtor(s) must file Official Form 423 and Certificate of Debtor(s) Education by 3/1/21. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423 and Certificate of Debtor(s) Education, the Debtor(s) must pay the full reopening fee due for filing the motion.

This requirement can be completed at any time before the deadline and it is highly recommended that the debtor(s) complete this requirement as soon as possible to avoid missing the deadline. The Certificate of Debtor(s) Education should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Certificate of Debtor(s) Education and Official Form 423 are a separate filing requirement.

Dated: 1/15/21

Michael Williams
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 20-05793-MM |
| Mahin Mazaheri | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 15, 2021 | Form ID: finmgt | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

**Recip ID       Recipient Name and Address**
db             + Mahin Mazaheri, 1210 Pine Drive, El Cajon, CA 92020-7251

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James L. Kennedy | jim@jlkennedy.com  jlk@trustesolutions.net |
| United States Trustee | ustp.region15@usdoj.gov |
| William P. Fennell | on behalf of Debtor Mahin Mazaheri william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com |

TOTAL: 3