Certificate Number: 17572-CAS-DE-035297035

Bankruptcy Case Number: 20-05793



17572-CAS-DE-035297035

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2021, at 11:23 o'clock PM PST, Mahin Mazaheri completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date:   January 23, 2021               By:    /s/Leigh-Anna M Thompson

                                       Name:  Leigh-Anna M Thompson

                                       Title: Counselor