# Notice Recipients

District/Off: 0974–3    User: admin    Date Created: 03/02/2021
Case: 20–05793–MM7    Form ID: 318    Total: 18

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustp.region15@usdoj.gov
aty    William P. Fennell    william.fennell@fennelllaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mahin Mazaheri    1210 Pine Drive    El Cajon, CA 92020
tr    James L. Kennedy    James L. Kennedy, Trustee    P.O. Box 28459    San Diego, CA 92198–0459
smg    United States Trustee    Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101
smg    Employment Develop. Dept., State of CA    Bankruptcy Unit – MIC 92E    P.O. Box 826880    Sacramento, CA 94280
smg    Div. of Labor Standards Enforcement    7575 Metropolitan Drive, Suite 210    San Diego, CA 92108
smg    California Department of Tax and Fee Administration    Account Information Group, MIC:29    P.O. Box 942879    Sacramento, CA 94279–0029
smg    Dun & Bradstreet    Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway    PO Box 520    Center Valley, PA 18034–0520
smg    Franchise Tax Board    Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812–2952
14822454    Capital One    P.O. Box 30253    1680 Captial One Drive    Salt Lake City, UT 84130
14822455    Citi Bank/Citi Cards    PO Box 78045    Phoenix, AZ 85062–8045
14822456    Credit One Bank    PO Box 60500    City of Industry, CA 91716–0500
14822457    Discover Bank    P.O. Box 15316    Attn: CMS    Wilmington, DE 19850
14822458    Mission Federal Credit Union    5785 Oberlin DR MS60    San Diego, CA 92121
14822459    Navient    P.O. Box 9500    Wilkes Barre, PA 18773
14822460    Navy Federal    PO Box 3501    Merrifield, VA 22119
14822461    Nissan Motor Acceptance Corp    P.O. Box 740849    Cincinnati, OH 45274–0849

TOTAL: 16