| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mahin Mazaheri<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1597<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of California | |
| Case number: | 20–05793–MM7 | |

## Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mahin Mazaheri
aka Mahin Mazaheri Kalahroudi

<u>3/2/21</u>                                            **By order of the court:**   <u>Michael Williams</u>
                                                                                      Clerk of the Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of California

In re:  Case No. 20-05793-MM
Mahin Mazaheri  Chapter 7
　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2021 | Form ID: 318 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mahin Mazaheri, 1210 Pine Drive, El Cajon, CA 92020-7251 |
| smg | + | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg |   | Dun & Bradstreet, Attn: Lynne Roberts, 2nd Floor, 3501 Corporate Parkway, PO Box 520, Center Valley, PA 18034-0520 |
| 14822461 |   | Nissan Motor Acceptance Corp, P.O. Box 740849, Cincinnati, OH 45274-0849 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: FJLKENNEDY.COM | Mar 04 2021 03:58:00 | James L. Kennedy, James L. Kennedy, Trustee, P.O. Box 28459, San Diego, CA 92198-0459 |
| smg | | EDI: CALTAXFEE | Mar 04 2021 03:58:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | + | EDI: EDD.COM | Mar 04 2021 03:58:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 04 2021 03:58:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Mar 03 2021 23:44:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14822455 | | EDI: CITICORP.COM | Mar 04 2021 03:58:00 | Citi Bank/Citi Cards, PO Box 78045, Phoenix, AZ 85062-8045 |
| 14822454 | + | EDI: CAPITALONE.COM | Mar 04 2021 03:58:00 | Capital One, P.O. Box 30253, 1680 Captial One Drive, Salt Lake City, UT 84130-0253 |
| 14822456 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2021 01:46:16 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14822457 | | EDI: DISCOVER.COM | Mar 04 2021 03:58:00 | Discover Bank, P.O. Box 15316, Attn: CMS, Wilmington, DE 19850 |
| 14822458 | + | Email/Text: lossmitigation@missionfed.com | Mar 03 2021 23:45:00 | Mission Federal Credit Union, 5785 Oberlin DR MS60, San Diego, CA 92121-3751 |
| 14822459 | + | EDI: NAVIENTFKASMSERV.COM | Mar 04 2021 03:58:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14822460 | + | EDI: NFCU.COM | Mar 04 2021 03:58:00 | Navy Federal, PO Box 3501, Merrifield, VA 22119-3501 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0974-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: 318 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James L. Kennedy | jim@jlkennedy.com  jlk@trustesolutions.net |
| United States Trustee | ustp.region15@usdoj.gov |
| William P. Fennell | on behalf of Debtor Mahin Mazaheri william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com;office@fennelllaw.com;wpf@ecf.courtdrive.com;mblackburnjoniaux@fennelllaw.com;tiffany.zappelli@fennelllaw.com;samantha.larimer@fennelllaw.com;mblackburnjoniaux@yahoo.com |

TOTAL: 3